# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorsey, Jennifer A. | US District Court - Nevada | 03/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | Adjunct Professor (Part-Time) | William S. Boyd School of Law at University of Nevada, Las Vegas |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | William S. Boyd School of Law at University of Nevada, Las Vegas - Adjunct Professor | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Ainsworth Game Technology - Salary |
| 2. 2015 | American Wagering, Inc. - Salary |
| 3. 2015 | American Wagering, Inc. - Consulting |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizon Ridge Professional Park, L.P. | D | Interest | J | W | | | | | |
| 2. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 3. 529 (H) | | | | | | | | | |
| 4. - American Funds Bond Fund of America 529 | A | Interest | K | T | | | | | |
| 5. - American Funds Growth Fund of America 529 | A | Interest | L | T | | | | | |
| 6. - American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 7. - American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | | | | | |
| 8. - American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 9. - American Funds US Govt Sec Fund 529 | A | Interest | J | T | | | | | |
| 10. - American Funds Fund of America 529 | A | Interest | K | T | | | | | |
| 11. Trust # 1 | | | | | | | | | |
| 12. - Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 13. - Morgan Stanley Cash Accounts | B | Interest | N | T | | | | | |
| 14. - Clark County, NV Rental Property | D | Rent | N | R | Buy | 02/18/15 | N | | |
| 15. Stocks/Equities (H) | | | | | | | | | |
| 16. - Activision Blizzard Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 17. - ADT Corporation stock | A | Dividend | | | Sold | 08/13/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AES Corp stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 19. - Affiliated Managers Group Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 20. - Alexandria Real Estate EQ Inc stock | A | Dividend | J | T | | | | | |
| 21. - Allergan PLC stock (X) | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 22. - Allstate Corp stock | A | Dividend | | | Sold (part) | 05/22/15 | J | | |
| 23. | | | | | Sold | 08/13/15 | J | | |
| 24. - Alphabet Inc. Class A stock (f/k/a Google) | A | Dividend | K | T | Buy | 10/06/15 | J | | |
| 25. | | | | | Buy | 01/08/15 | J | | |
| 26. | | | | | Sold (part) | 01/26/15 | J | | |
| 27. | | | | | Buy | 01/26/15 | J | | |
| 28. | | | | | Buy | 02/13/15 | J | | |
| 29. | | | | | Sold (part) | 08/13/15 | J | | |
| 30. - Altria Group Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 31. | | | | | Sold (part) | 10/12/15 | J | | |
| 32. - American International Group Inc stock | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 33. | | | | | Sold (part) | 08/13/15 | J | | |
| 34. - American Tower REIT company stock | A | Dividend | J | T | Buy | 02/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Amerigas Partners stock | A | Dividend | | | Sold | 08/14/15 | J | | |
| 36. - Amgen Inc stock | A | Dividend | J | T | | | | | |
| 37. - Amphenol Corp New Class A stock | A | Dividend | J | T | | | | | |
| 38. - Anadarko Pete stock | A | Dividend | J | T | Buy | 08/18/15 | J | | |
| 39. - Anheuser Busch Inbev SA stock | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 40. | | | | | Buy | 09/22/15 | J | | |
| 41. - Apartment Invt & Mgmt Co Class A stock | A | Dividend | J | T | | | | | |
| 42. - Apple Inc stock | A | Dividend | K | T | Buy | 07/10/15 | J | | |
| 43. | | | | | Buy | 09/22/15 | J | | |
| 44. | | | | | Buy | 10/09/15 | J | | |
| 45. - Applied Materials Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 46. - Avalonbay Comm Inc stock | A | Dividend | J | T | | | | | |
| 47. - AT&T Inc stock | A | Dividend | | | Buy | 07/01/15 | J | | |
| 48. | | | | | Sold (part) | 01/08/15 | J | | |
| 49. | | | | | Sold | 08/13/15 | J | | |
| 50. - Bank of America Corp stock | A | Dividend | J | T | Sold (part) | 03/20/15 | J | | |
| 51. | | | | | Buy | 07/07/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 08/13/15 | J | | |
| 53. | | | | | Buy | 09/17/15 | J | | |
| 54. | | | | | Buy | 09/18/15 | J | | |
| 55. | | | | | Buy | 10/06/15 | J | | |
| 56. - Baxalta Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 57. - Baxter Intl Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 58. - Berkshire Hathaway Class B stock | A | Dividend | J | T | | | | | |
| 59. - Biogen Inc stock | A | Dividend | J | T | Buy | 02/19/15 | J | | |
| 60. - Boeing Inc stock | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 61. | | | | | Buy | 10/06/15 | J | | |
| 62. | | | | | Buy | 10/14/15 | J | | |
| 63. - Boston Properties Inc stock | A | Dividend | J | T | | | | | |
| 64. -Bristol Myers Squibb Co stock | A | Dividend | J | T | Sold (part) | 04/16/15 | J | | |
| 65. | | | | | Buy | 08/13/15 | J | | |
| 66. - Broadcom Corp stock | A | Dividend | | | Buy | 05/20/15 | J | | |
| 67. | | | | | Sold | 06/12/15 | J | | |
| 68. - Buffalo Wild Wings Inc stock | A | Dividend | J | T | Buy | 05/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Camden Property Trust stock | A | Dividend | | | Sold | 09/22/15 | J | | |
| 70. - CSX Corp stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 71. - CVS Health Corp stock | A | Dividend | J | T | Sold (part) | 01/26/15 | J | | |
| 72. - Capital One Financial Corp stock | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 73. | | | | | Sold | 06/29/15 | J | | |
| 74. - CBS Corp stock | A | Dividend | | | Sold | 07/22/15 | J | | |
| 75. - Casey's General Stores Inc stock | A | Dividend | J | T | | | | | |
| 76. - Celgene Corp stock | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 77. | | | | | Buy | 10/06/15 | J | | |
| 78. | | | | | Buy | 11/12/15 | J | | |
| 79. - Centurylink Inc stock | A | Dividend | | | Sold | 02/18/15 | J | | |
| 80. - Chevron Corp stock | A | Dividend | J | T | Sold (part) | 05/20/15 | J | | |
| 81. - Cisco Systems Inc stock | A | Dividend | | | Buy | 03/24/15 | J | | |
| 82. | | | | | Sold | 08/13/15 | J | | |
| 83. - Citigroup Inc stock | A | Dividend | J | T | Buy | 06/12/15 | J | | |
| 84. | | | | | Buy | 07/22/15 | J | | |
| 85. | | | | | Buy | 08/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Citizens Financial Group Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 87. - Cognizant Tech Solutions stock | A | Dividend | J | T | | | | | |
| 88. - Colgate Palmolive stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 89. - ConocoPhillips stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 90. | | | | | Buy | 10/06/15 | J | | |
| 91. | | | | | Buy | 12/07/15 | J | | |
| 92. - Constellation Brands Inc stock | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 93. - Corning Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 94. - Costco Wholesale Corp stock | A | Dividend | | | Buy | 03/06/15 | J | | |
| 95. | | | | | Sold | 04/09/15 | J | | |
| 96. | | | | | Buy | 08/13/15 | J | | |
| 97. | | | | | Sold | 11/09/15 | J | | |
| 98. - Cubesmart stock | A | Dividend | J | T | | | | | |
| 99. - Cummins Inc stock | A | Dividend | J | T | | | | | |
| 100. - DDR Corp stock | A | Dividend | J | T | | | | | |
| 101. - Darden Restaurants stock | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 102. - Davita Inc stock | A | Dividend | | | Sold | 07/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - Devon Energy stock | A | Dividend | | | Buy | 04/07/15 | J | | |
| 104. | | | | | Sold | 08/13/15 | J | | |
| 105.   - Walt Disney Co Holding Company stock | A | Dividend | K | T | Buy | 08/05/15 | J | | |
| 106. | | | | | Buy | 09/17/15 | J | | |
| 107. | | | | | Buy | 10/06/15 | J | | |
| 108. | | | | | Buy | 12/30/15 | J | | |
| 109.   - Dorman Products Inc srtock | A | Dividend | | | Sold | 05/27/15 | J | | |
| 110.   - Dow Chemical Co stock | A | Dividend | | | Buy | 05/08/15 | J | | |
| 111. | | | | | Sold | 08/13/15 | J | | |
| 112.   - Du Pont Ei De Nemours & Co stock | A | Dividend | J | T | Buy | 05/13/15 | J | | |
| 113. | | | | | Buy | 08/13/15 | J | | |
| 114.   - Duke Realty Corp stock | A | Dividend | J | T | Sold (part) | 03/10/15 | J | | |
| 115.   - East West Bancorp | A | Dividend | | | Sold | 08/13/15 | J | | |
| 116.   - EPR Pptys stock | A | Dividend | J | T | | | | | |
| 117.   - Ecolab Inc stock | A | Dividend | J | T | | | | | |
| 118.   - EMC Corp stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 119.   - Emerson Electric Co stock | A | Dividend | | | Sold | 04/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Enbridge Energy Partners LP stock | A | Dividend | | | Sold | 08/14/15 | J | | |
| 121. - Energy Trans Equity LP stock | A | Dividend | | | Sold (part) | 03/26/15 | J | | |
| 122. | | | | | Sold (part) | 03/31/15 | J | | |
| 123. | | | | | Sold | 08/14/15 | L | | |
| 124. - Enlink Midstream Partners LP stock | C | Dividend | | | Buy | 03/26/15 | J | | |
| 125. | | | | | Sold | 08/14/15 | J | | |
| 126. - Enterprise Prod Partners LP stock | C | Dividend | | | Sold | 08/14/15 | K | | |
| 127. - EQT Midstream Partners LP stock | A | Dividend | | | Sold | 08/14/15 | J | | |
| 128. - Equinix Inc stock | A | Dividend | J | T | Buy | 10/23/15 | J | | |
| 129. - Equity One Inc stock | A | Dividend | J | T | | | | | |
| 130. - Equity Residential stock | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 131. - Essex Property Trust Inc stock | A | Dividend | J | T | | | | | |
| 132. - Express Scripts Hldg Co stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 133. - Exxon Mobil stock | A | Dividend | J | T | Buy | 07/13/15 | J | | |
| 134. | | | | | Sold (part) | 02/09/15 | J | | |
| 135. | | | | | Sold (part) | 08/13/15 | J | | |
| 136. - FMC Corp stock | A | Dividend | J | T | Buy | 09/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Facebook Inc Class A stock | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 138. - Fastenal Co stock | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 139. - Fedl Rlty Invt Trust stock | A | Dividend | J | T | | | | | |
| 140. - First Republic Bank | A | Dividend | | | Sold | 08/13/15 | J | | |
| 141. - Fleetcor Technologies stock | A | Dividend | J | T | | | | | |
| 142. - Ford Motor Co stock | A | Dividend | | | Sold | 01/08/15 | J | | |
| 143. - General Growth Properties stock | A | Dividend | J | T | | | | | |
| 144. - General Mills Inc stock | A | Dividend | | | Sold | 02/18/15 | J | | |
| 145. - General Motors stock | A | Dividend | | | Sold | 01/08/15 | J | | |
| 146. - Genesis Energy LP stock | A | Dividend | | | Sold | 08/14/15 | J | | |
| 147. - General Dynamics Corp stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 148. | | | | | Sold | 11/11/15 | J | | |
| 149. - Gilead Science stock | A | Dividend | K | T | Buy | 09/17/15 | J | | |
| 150. | | | | | Buy | 10/06/15 | J | | |
| 151. | | | | | Buy | 11/12/15 | J | | |
| 152. - Greenhill & Co Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 153. - Halliburton Co stock | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Hewlett Packard stock | A | Dividend | | | Sold | 02/27/15 | J | | |
| 155. - Hilton Worldwide Holdings stock | A | Dividend | | | Buy | 09/17/15 | J | | |
| 156. | | | | | Sold | 12/28/15 | J | | |
| 157. - Honeywell International Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 158. - Host Hotel & Resorts Inc stock | A | Dividend | J | T | | | | | |
| 159. - Humana Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 160. - Intel Corp stock | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 161. - International Paper stock | A | Dividend | | | Sold | 06/25/15 | J | | |
| 162. - Intuit Inc stock | A | Dividend | J | T | | | | | |
| 163. - ITT Corp stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 164. - JP Morgan Chase & Co stock | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 165. | | | | | Buy | 10/06/15 | J | | |
| 166. | | | | | Sold (part) | 08/13/15 | J | | |
| 167. | | | | | Sold (part) | 11/11/15 | J | | |
| 168. - Johnson & Johnson stock | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 169. - Juniper Networks stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 170. - Eli Lilly & Co stock | A | Dividend | J | T | Buy | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 10/12/15 | J | | |
| 172. | | | | | Sold (part) | 07/01/15 | J | | |
| 173. | | | | | Sold (part) | 07/17/15 | J | | |
| 174. | | | | | Sold (part) | 08/10/15 | J | | |
| 175.  - Kellogg Co stock | A | Dividend | | | Sold | 02/18/15 | J | | |
| 176.  - Kohls Corporation stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 177.  - Kraft Foods Group stock | A | Dividend | | | Sold | 03/25/15 | J | | |
| 178.  - Kroger Co stock | A | Dividend | | | Sold | 02/09/15 | J | | |
| 179.  - Las Vegas Sands Corp stock | A | Dividend | | | Sold | 01/08/15 | J | | |
| 180.  - LKQ Corporation stock | A | Dividend | | | Sold | 03/13/15 | J | | |
| 181.  - Lockheed Martin Corp stock | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 182. | | | | | Buy | 09/18/15 | J | | |
| 183.  - Lowes Companies Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 184.  - Macy's Inc stock | A | Dividend | | | Buy | 09/17/15 | J | | |
| 185. | | | | | Buy | 10/06/15 | J | | |
| 186. | | | | | Sold | 11/16/15 | J | | |
| 187.  - Magellan Midstream Partners LP stock | B | Dividend | | | Sold | 08/14/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Marathon Petroleum Corp stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 189. -Markwest Energy Partners LP stock | A | Dividend | | | Sold | 08/14/15 | K | | |
| 190. - Mastercard Inc stock | A | Dividend | K | T | | | | | |
| 191. - Maximus Inc stock | A | Dividend | J | T | Buy | 10/06/15 | J | | |
| 192. - McKesson Corp stock | A | Dividend | | | Sold | 05/06/15 | J | | |
| 193. - Merck & Co Inc stock | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 194. - Metlife Incorporated stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 195. - Microsoft Corp stock | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 196. | | | | | Buy | 09/17/15 | J | | |
| 197. - Middleby Corp stock | A | Dividend | J | T | | | | | |
| 198. - Mondelez Intl Inc stock | A | Dividend | J | T | Sold (part) | 07/30/15 | J | | |
| 199. | | | | | Sold (part) | 08/13/15 | J | | |
| 200. - Monro Muffler & Brake stock | A | Dividend | J | T | Sold (part) | 10/29/15 | J | | |
| 201. - Morgan Stanley stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 202. - MPLX LP Unit Rep Ltd stock | A | Dividend | | | Buy | 07/14/15 | J | | |
| 203. | | | | | Sold | 08/14/15 | J | | |
| 204. - Netflix Inc stock | A | Dividend | J | T | Buy | 07/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 09/17/15 | J | | |
| 206. - Nextera Energy Inc stock | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 207. | | | | | Buy | 11/12/15 | J | | |
| 208. - Nike Inc stock | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 209. - Nordstrom Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 210. | | | | | Sold (part) | 11/16/15 | J | | |
| 211. | | | | | Buy | 12/17/15 | J | | |
| 212. - Novo Nordisk A/S ADR stock | A | Dividend | J | T | Sold (part) | 03/27/15 | J | | |
| 213. - Occidental Petroleum stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 214. - OneOk Partners LP stock | A | Dividend | | | Sold | 08/14/15 | J | | |
| 215. - Oracle Corp stock | A | Dividend | J | T | | | | | |
| 216. - Pebblebrook Hotel stock | A | Dividend | J | T | | | | | |
| 217. - Pepsico Inc stock | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 218. - Perrigo Co stock | A | Dividend | J | T | Buy | 10/26/15 | J | | |
| 219. - Pfizer Inc stock | B | Dividend | | | Buy | 01/13/15 | J | | |
| 220. | | | | | Buy | 02/06/15 | J | | |
| 221. | | | | | Sold | 08/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Philip Morris Intl Inc stock | A | Dividend | J | T | Sold (part) | 06/12/15 | J | | |
| 223. | | | | | Buy | 08/13/15 | J | | |
| 224. - Phillips 66 stock | A | Dividend | K | T | Buy | 10/27/15 | J | | |
| 225. - Plains All American Pipeline LP stock | A | Dividend | | | Buy | 02/26/15 | J | | |
| 226. | | | | | Sold | 08/14/15 | K | | |
| 227. - Priceline Grp Inc stock | A | Dividend | J | T | | | | | |
| 228. - PPG Industries stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 229. - Precision Castparts Corp stock | A | Dividend | | | Sold | 10/06/15 | J | | |
| 230. - | A | | | | | | | | |
| 231. - Procter & Gamble stock | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 232. - Prologis Inc stock | A | Dividend | J | T | | | | | |
| 233. - Prudential Financial Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 234. - Public Storage stock | A | Dividend | J | T | | | | | |
| 235. - Qualcomm Inc stock | A | Dividend | | | Sold | 02/11/15 | J | | |
| 236. - Quest Diagnostics stock | A | Dividend | | | Sold | 07/01/15 | J | | |
| 237. - Quintiles Transnational Hldgs stock | A | Dividend | | | Sold | 02/19/15 | J | | |
| 238. - Ralph Lauren stock | A | Dividend | | | Sold | 01/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Raytheon Co stock | A | Dividend | J | T | | | | | |
| 240. - Reynolds American Inc stock | A | Dividend | J | T | | | | | |
| 241. - Royal Dutch Shell PLC stock | A | Dividend | J | T | | | | | |
| 242. - SL Green Realty CP stock | A | Dividend | J | T | | | | | |
| 243. - Schlumberger Ltd stock | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 244. | | | | | Sold (part) | 08/13/15 | J | | |
| 245. - Sempra Energy stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 246. - Sherwin Williams Company stock | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 247. - Signature Bank stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 248. - Simon Ppty Group Inc stock | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 249. - Southwest Airlines stock | A | Dividend | | | Buy | 01/29/15 | J | | |
| 250. - Southwestern Energy Company stock | A | Dividend | | | Buy | 02/26/15 | J | | |
| 251. | | | | | Buy | 03/06/15 | J | | |
| 252. | | | | | Sold | 11/16/15 | J | | |
| 253. - St Judes Medical Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 254. - Starbucks Corp stock | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 255. - Strategic Htls & Resorts Inc stock | A | Dividend | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Sun Communities Inc stock | A | Dividend | J | T | | | | | |
| 257. - Sunstone Hotel Investors Inc stock | A | Dividend | J | T | | | | | |
| 258. - TJX Cos Inc stock | A | Dividend | J | T | | | | | |
| 259. - Tallgrass Energy Partners LP stock | A | Dividend | | | Buy | 02/24/15 | J | | |
| 260. | | | | | Sold | 08/14/15 | J | | |
| 261. - Targa Res Partners LP stock | A | Dividend | | | Sold | 08/14/15 | J | | |
| 262. - Target Corporation stock | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 263. - TD Ameritrade Holding Corp stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 264. - Teradata Corp stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 265. - Thermo Fisher Scientific stock | A | Dividend | | | Buy | 06/26/15 | J | | |
| 266. | | | | | Sold | 08/13/15 | J | | |
| 267. - Tiffany & Company stock | A | Dividend | | | Sold | 01/08/15 | J | | |
| 268. - Transdigm Group Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 269. - Twitter Inc stock | B | Dividend | | | Buy | 04/29/15 | J | | |
| 270. | | | | | Sold | 06/15/15 | J | | |
| 271. - Tyson Foods Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 272. - Under Armour Inc stock | A | Dividend | | | Buy | 10/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 10/22/15 | J | | |
| 274. | | | | | Sold | 12/28/15 | J | | |
| 275. - Union Pacific Corp stock | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 276. | | | | | Buy | 08/13/15 | J | | |
| 277. - United Technologies Corp stock | A | Dividend | J | T | Sold (part) | 07/30/15 | J | | |
| 278. | | | | | Buy | 08/13/15 | J | | |
| 279. - UnitedHealth GP stock | A | Dividend | | | Buy | 03/19/15 | J | | |
| 280. | | | | | Buy | 04/08/15 | J | | |
| 281. | | | | | Sold | 08/13/15 | J | | |
| 282. - Unumprovident Corp stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 283. - USG Corporation stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 284. - Valeant Pharmaceuticals stock | A | Dividend | | | Sold | 10/22/15 | J | | |
| 285. - Valero Energy CP stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 286. - Vantiv Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 287. - Ventas Inc stock | A | Dividend | J | T | | | | | |
| 288. - Verizon Communications stock | A | Dividend | J | T | Sold (part) | 07/01/15 | J | | |
| 289. | | | | | Buy | 08/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Visa Inc stock | A | Dividend | J | T | | | | | |
| 291. - Vornado Realty Trust stock | A | Dividend | J | T | | | | | |
| 292. - Wal Mart Stores Inc stock | A | Dividend | | | Sold | 02/04/15 | J | | |
| 293. - Waste Mgmt stock | A | Dividend | | | Sold | 09/16/15 | J | | |
| 294. - Wells Fargo & Co stock | A | Dividend | K | T | Buy | 08/13/15 | J | | |
| 295. | | | | | Buy | 09/18/15 | J | | |
| 296. - Welltower Inc stock (X) | A | Dividend | J | T | Sold (part) | 11/03/15 | J | | |
| 297. - Williams Co Inc stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 298. | | | | | Sold (part) | 11/16/15 | J | | |
| 299. | | | | | Buy | 12/17/15 | J | | |
| 300. - Williams Partners LP New stock | B | Dividend | | | Sold | 08/14/15 | K | | |
| 301. - YUM Brands Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 302. ETF/Equity Index Holdings (H) | | | | | | | | | |
| 303. - Currency SharesEuro TR | A | Dividend | | | Buy | 10/08/15 | J | | |
| 304. | | | | | Sold | 12/11/15 | J | | |
| 305. - Guggenheim Enhanced Short Duration ETF | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 306. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Guggenheim S&P 500 Pure Value ETF | A | Dividend | | | Buy | 02/11/15 | J | | |
| 308. | | | | | Sold | 04/09/15 | J | | |
| 309. - Energy Select SPDR ETF | A | Dividend | | | Buy | 01/14/15 | J | | |
| 310. | | | | | Sold | 06/23/15 | J | | |
| 311. - First Trust Tech Alpha ETF | A | Dividend | | | Sold | 10/08/15 | J | | |
| 312. - First Trust Large Cap Core ETF | A | Dividend | J | T | | | | | |
| 313. - First Trust Dorsey Wright ETF | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 314. - IShares Core S&P Total US Stock ETF | A | Dividend | K | T | | | | | |
| 315. - S&P 500 Index Fund ETF | A | Dividend | K | T | | | | | |
| 316. - IShares Core High Dividend ETF | A | Dividend | | | Sold (part) | 03/11/15 | J | | |
| 317. | | | | | Sold | 04/09/15 | J | | |
| 318. - IShares Core US Aggregate ETF | A | Dividend | J | T | Buy | 04/09/15 | J | | |
| 319. | | | | | Buy | 04/10/15 | J | | |
| 320. | | | | | Buy | 11/16/15 | K | | |
| 321. | | | | | Sold (part) | 12/17/15 | K | | |
| 322. - IShares Iboxx H/Y Core ETF | A | Dividend | | | Sold | 12/11/15 | J | | |
| 323. - IShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 03/11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 10/08/15 | J | | |
| 325. - IShares MSCI EAFE SM Cap ETF | A | Dividend | | | Buy | 11/16/15 | K | | |
| 326. | | | | | Sold | 12/17/15 | K | | |
| 327. - IShares MSCI Emerging Markets ETF | A | Dividend | | | Sold | 09/09/15 | J | | |
| 328. - IShares US Real Estate ETF | A | Dividend | J | T | | | | | |
| 329. - IShares MSCI USA Min Vol ETF | A | Dividend | J | T | Buy | 06/12/15 | J | | |
| 330. | | | | | Buy | 08/11/15 | J | | |
| 331. - IShares Russell 1000 Value ETF | A | Dividend | | | Buy | 11/16/15 | J | | |
| 332. | | | | | Sold | 12/17/15 | J | | |
| 333. - IShares Russell 2000 ETF | A | Dividend | | | Sold | 08/11/15 | J | | |
| 334. - IShares Short Maturity Bond ETF | A | Dividend | J | T | Buy | 04/09/15 | J | | |
| 335. | | | | | Buy | 04/10/15 | J | | |
| 336. | | | | | Sold (part) | 05/13/15 | J | | |
| 337. - Mainstay Def Term Muni Opp ETF | A | Dividend | K | T | Sold (part) | 06/26/15 | J | | |
| 338. - Powershares DB Base Metals FD ETF | A | Dividend | | | Buy | 05/13/15 | J | | |
| 339. | | | | | Sold | 06/16/15 | J | | |
| 340. - Powershares QQQ ETF | A | Dividend | J | T | Buy | 10/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Powershares DB US $ Ind Bull ETF | A | Dividend | | | Sold | 06/16/15 | J | | |
| 342. - SPDR Blackstone GSO Sen Loan ETF | A | Dividend | J | T | | | | | |
| 343. - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 344. - SPDR Barcap Short Term High Yield ETF | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 345. - SPDR DJ Wilshire Intl Real Estaet ETF | A | Dividend | | | Buy | 01/22/15 | K | | |
| 346. | | | | | Sold | 06/23/15 | K | | |
| 347. - SPDR Financial Select Sector ETF | A | Dividend | K | T | Buy | 01/14/15 | J | | |
| 348. | | | | | Sold | 01/22/15 | J | | |
| 349. | | | | | Buy | 08/13/15 | K | | |
| 350. - Vanguard Consumer Staples ETF | A | Dividend | | | Buy | 01/14/15 | J | | |
| 351. | | | | | Sold | 01/22/15 | J | | |
| 352. - Vanguard Consumer DSC ETF | A | Dividend | | | Buy | 01/14/15 | J | | |
| 353. | | | | | Sold | 06/23/15 | J | | |
| 354. - Vanguard Extended Mkt ETF | A | Dividend | | | Buy | 11/16/15 | K | | |
| 355. | | | | | Sold | 12/17/15 | K | | |
| 356. - Vanguard FTSE Developed Markets ETF | A | Dividend | | | Buy | 11/16/15 | K | | |
| 357. | | | | | Sold | 12/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Vanguard Health Care ETF | A | Dividend | K | T | Buy | 01/14/15 | K | | |
| 359. | | | | | Sold (part) | 01/22/15 | J | | |
| 360. | | | | | Buy | 06/23/15 | J | | |
| 361. | | | | | Sold (part) | 08/13/15 | K | | |
| 362. - Wisdomtree Trust Japan Hedge ETF | A | Dividend | L | T | Buy | 01/14/15 | K | | |
| 363. | | | | | Buy | 01/22/15 | K | | |
| 364. | | | | | Buy | 06/23/15 | J | | |
| 365. | | | | | Sold (part) | 08/13/15 | J | | |
| 366. | | | | | Buy | 12/21/15 | J | | |
| 367. Mutual Funds (H) | | | | | | | | | |
| 368. - Baron Growth Institutional Confirm NBR | A | Interest | | | Sold (part) | 01/14/15 | J | | |
| 369. | | | | | Sold (part) | 06/23/15 | J | | |
| 370. | | | | | Sold | 08/13/15 | K | | |
| 371. - Blackrock Global Div Port Inst NBR | B | Interest | | | Sold (part) | 01/14/15 | J | | |
| 372. | | | | | Buy | 01/22/15 | J | | |
| 373. | | | | | Sold (part) | 01/22/15 | J | | |
| 374. | | | | | Sold | 06/23/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Brandes Intl Small Cap Equity | A | Interest | L | T | Buy | 01/22/15 | J | | |
| 376. | | | | | Buy | 06/23/15 | K | | |
| 377. | | | | | Sold (part) | 11/16/15 | K | | |
| 378. | | | | | Buy | 12/17/15 | K | | |
| 379. - Columbia Contrarian Core | A | Interest | K | T | Buy | 06/23/15 | K | | |
| 380. | | | | | Buy | 08/13/15 | J | | |
| 381. - Deutsche Real Estate Secs | A | Interest | K | T | Buy | 01/14/15 | J | | |
| 382. | | | | | Buy | 01/22/15 | J | | |
| 383. | | | | | Sold (part) | 06/23/15 | J | | |
| 384. - EV High Yield Muni Income I | A | Interest | | | Buy | 01/14/15 | J | | |
| 385. | | | | | Sold | 08/13/15 | J | | |
| 386. - Oakmark I | A | Interest | K | T | Sold (part) | 01/22/15 | J | | |
| 387. - Oakmark International I | A | Interest | K | T | Buy | 01/02/15 | J | | |
| 388. | | | | | Sold (part) | 01/14/15 | J | | |
| 389. | | | | | Buy | 06/23/15 | J | | |
| 390. | | | | | Sold (part) | 11/16/15 | K | | |
| 391. | | | | | Buy | 12/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Oppenheimer Intl Growth NBR | A | Interest | | | Sold | 01/14/15 | K | | |
| 393. - Invesco Develping Markets NBR | B | Interest | | | Sold (part) | 01/14/15 | J | | |
| 394. | | | | | Sold (part) | 01/22/15 | J | | |
| 395. | | | | | Sold | 08/13/15 | K | | |
| 396. - Ivy Asset Strategy I | B | Interest | | | Buy | 01/02/15 | J | | |
| 397. | | | | | Sold | 01/14/15 | L | | |
| 398. - Ivy Intl Core Equity I | A | Interest | L | T | Buy | 01/14/15 | K | | |
| 399. | | | | | Buy | 01/22/15 | J | | |
| 400. | | | | | Buy | 06/23/15 | K | | |
| 401. | | | | | Buy | 08/13/15 | J | | |
| 402. | | | | | Buy | 12/21/15 | J | | |
| 403. - Ivy Muni High Income I | A | Interest | | | Buy | 01/14/15 | J | | |
| 404. | | | | | Sold | 08/13/15 | J | | |
| 405. - Ivy Sci & Tech I | A | Interest | K | T | Buy | 01/14/15 | K | | |
| 406. | | | | | Buy | 06/23/15 | J | | |
| 407. | | | | | Sold (part) | 08/13/15 | J | | |
| 408. - Clearbridge Aggressive Growth I | A | Interest | M | T | Buy | 01/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 08/13/15 | J | | |
| 410. | | | | | Buy | 12/21/15 | J | | |
| 411.  - Clearbridge Tactical Div Inc I | A | Interest | | | Buy | 01/14/15 | J | | |
| 412. | | | | | Sold | 06/23/15 | K | | |
| 413.  - Neuberger Berman Soc Resp Inst | A | Interest | L | T | Buy | 01/14/15 | J | | |
| 414. | | | | | Sold (part) | 06/23/15 | J | | |
| 415. | | | | | Sold (part) | 08/13/15 | J | | |
| 416.  - Neuberger Berman Intl Eq Inst | A | Interest | L | T | Buy | 01/14/15 | J | | |
| 417. | | | | | Sold (part) | 01/14/15 | J | | |
| 418. | | | | | Buy | 01/22/15 | J | | |
| 419. | | | | | Buy | 06/23/15 | K | | |
| 420. | | | | | Sold (part) | 11/16/15 | J | | |
| 421. | | | | | Buy | 12/17/15 | J | | |
| 422.  - Neuberger Intrinsic Value Inst | A | Interest | L | T | Sold (part) | 01/14/15 | J | | |
| 423. | | | | | Buy | 06/23/15 | J | | |
| 424. | | | | | Buy | 08/13/15 | K | | |
| 425. | | | | | Buy | 12/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy | 12/21/15 | J | | |
| 427. - Neuberger Abs Ret Multi Mgr I | A | Interest | K | T | Buy | 08/13/15 | L | | |
| 428. | | | | | Buy | 12/17/15 | K | | |
| 429. | | | | | Sold (part) | 11/16/15 | K | | |
| 430. - Nuveen Muni Tot Ret Mngd Accts | A | Interest | M | T | | | | | |
| 431. - Pimco Emerging Mkts NBR | A | Interest | | | Sold | 01/14/15 | K | | |
| 432. - Principal Preferred Sec Inst NBR | A | Interest | | | Buy | 01/14/15 | K | | |
| 433. | | | | | Sold (part) | 01/22/15 | J | | |
| 434. | | | | | Sold | 06/23/15 | J | | |
| 435. - Prudential Jennison SM Comp Z | A | Interest | L | T | Buy | 01/07/15 | J | | |
| 436. | | | | | Sold (part) | 01/14/15 | K | | |
| 437. | | | | | Sold | 01/22/15 | K | | |
| 438. | | | | | Buy | 06/23/15 | K | | |
| 439. | | | | | Buy | 08/13/15 | K | | |
| 440. | | | | | Sold (part) | 11/16/15 | K | | |
| 441. | | | | | Buy | 12/17/15 | K | | |
| 442. - Templeton Global BD FD Adv NBR | A | Interest | | | Buy | 01/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 36

Name of Person Reporting

Dorsey, Jennifer A.

Date of Report

03/07/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 01/14/15 | J | | |
| 444. | | | | | Sold (part) | 01/22/15 | J | | |
| 445. | | | | | Sold | 06/23/15 | L | | |
| 446. - Tortoise MLP & Pipeline Inst NBR | A | Interest | | | Buy | 01/14/15 | K | | |
| 447. | | | | | Sold | 08/13/15 | K | | |
| 448. - Victory Trivlnt Intl Sml Cap Y | A | Interest | J | T | Buy | 01/08/15 | J | | |
| 449. | | | | | Buy | 06/16/15 | J | | |
| 450. - Virtus Insight Emerg Mkts I | A | Interest | K | T | Sold (part) | 01/14/15 | K | | |
| 451. | | | | | Sold (part) | 01/22/15 | J | | |
| 452. | | | | | Buy | 06/23/15 | J | | |
| 453. | | | | | Buy | 08/13/15 | J | | |
| 454. | | | | | Sold (part) | 08/13/15 | J | | |
| 455. - Western Asset Core Plus BD I NBR | A | Interest | | | Buy | 01/14/15 | K | | |
| 456. | | | | | Sold | 01/22/15 | K | | |
| 457. - Western Asset Macro Opport I | A | Interest | J | T | Buy | 08/13/15 | J | | |
| 458. - Western Asset Short Dur Muni Inc NBR | D | Interest | | | Sold | 02/12/15 | N | | |
| 459. Fixed Income /Bonds (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 36

Name of Person Reporting

Dorsey, Jennifer A.

Date of Report

03/07/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Chaseflex Trust 2005-1 | B | Interest | K | T | | | | | |
| 461. - Delta Airlines 2010-2A | A | Interest | J | T | | | | | |
| 462. - NAA 2006-AP1 | A | Interest | J | T | | | | | |
| 463. - Chaffey Calif United HS | A | Interest | J | T | | | | | |
| 464. - Connecticut St Spl Tax Oblig | A | Interest | K | T | | | | | |
| 465. - Kentucky St Prop & Bldgs Comm Rev Ref Proj 100-A | A | Interest | K | T | | | | | |
| 466. - Madison Wis Genl Oblig | A | Interest | J | T | | | | | |
| 467. - Maryland St Genl Oblig | A | Interest | | | Sold | 06/10/15 | K | | |
| 468. - Massachusetts St Genl Oblig | A | Interest | J | T | | | | | |
| 469. - Metropolitan Atlanta Rapid Tran Auth GA Sales Tax Rev | A | Interest | K | T | | | | | |
| 470. - Miami-Dade Cnty FL Spl Oblig Ser | B | Interest | L | T | | | | | |
| 471. - Ohio State Infrastr Impt | A | Interest | K | T | | | | | |
| 472. - Port Auth NY & NJ Consolidated Rev | A | Interest | K | T | Buy | 06/12/15 | K | | |
| 473. - Seattle Wash Wtr Sys Rev | A | Interest | J | T | | | | | |
| 474. Additional/Updated Information (H) | | | | | | | | | |
| 475. - Dollar Tree Inc stock | A | Dividend | J | T | | | | | |
| 476. - American Realty Properties stock (Y) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000

N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Coca Cola Co stock (Y) | | | | | | | | | |
| 478. - Duke Energy stock | A | Dividend | | | Sold | 03/10/15 | J | | |
| 479. - DuPont Fabros Technology stock (Y) | | | | | | | | | |
| 480. - Education Rlty Trust stock (Y) | | | | | | | | | |
| 481. - Extra Space Storage Inc stock (Y) | | | | | | | | | |
| 482. - First Indust Realty Inc stock | A | Dividend | J | T | | | | | |
| 483. - Geo Group Inc. stock (Y) | | | | | | | | | |
| 484. - Intercontinental Exchange Group stock (Y) | | | | | | | | | |
| 485. - Johnson Controls Inc stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 486. - Kilroy Realty Corporation stock (Y) | | | | | | | | | |
| 487. - Saul Ctrs Inc stock (Y) | | | | | | | | | |
| 488. - Store Capital Corp stock (Y) | | | | | | | | | |
| 489. | | | | | | | | | |
| 490. | | | | | | | | | |
| 491. | | | | | | | | | |
| 492. | | | | | | | | | |
| 493. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

- Filer's home computer used to prepare and submit prior FDR disclosures experienced technical difficulties, with FDR software and prior reporting documents in electronic form unrecoverable. FDR software was downloaded on new system and filer used hard copies of documents from 2014 FDR reports to prepare and submit the 2015 report. In an attempt to prepare and submit the FDR in an orderly fashion, some of the investment assets held in trusts may be listed in different order from prior reports. Filer apologizes for any inconvenience caused by this filing.

- Trust #1 notation includes all relevant investment, brokerage and retirements accounts held via family trust (filer and spouse being co-trustees) and/or beneficiary at Morgan Stanley Smith Barney. Holdings are included under Trust #1 and itemized individually for ease of reference.

- Line 14, purchase price of real estate asset was $410,000.

- Line 246 (Southwest Airlines stock). Acquired in transaction at amount slightly higher than threshold amount for a qualifying transaction but sold in separate transactions below the threshold amount. Said stock is not a holding as of 12/31/2015.

In response to the Letter of Inquiry dated September 23, 2016, Filer has amended the 2015 report in Part VII as necessary. In addition, Filer wishes to note the additional information set forth below.

For the first category of requested responses in Part VII:

- holding listed at line 16 (Activision Blizzard) was purchased and sold within the reporting period. Purchases were made on 6 separate occasions but no single transaction was above the reporting threshold amount. The entire holding was sold on a single day via transaction whose amount was above the reporting threshold and noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 17 (ADT) was purchased and sold within the reporting period. Purchases were made on 10 separate occasions but no single transaction was above the reporting threshold amount. The entire holding was sold on a single day via transaction whose amount was above the reporting threshold and noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 20 (Alexandria Real Estate EQ) was purchased and sold within the reporting period. Purchases were made on 5 separate occasions but no single transaction was above the reporting threshold amount. At end of reporting period, the fair market value of the holding was above the reporting threshold as noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 163 (ITT) was purchased and sold within the reporting period. Purchases were made on 4 separate occasions but no single transaction was above the reporting threshold amount. The entire holding was sold on a single day via transaction whose amount was above the reporting threshold and noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 178 (Kroger) was purchased and sold within the reporting period. Purchases were made on 3 separate occasions but no single transaction was above the reporting threshold amount. The entire holding was sold on a single day via transaction whose amount was above the reporting threshold and noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 263 (TD Ameritrade) was purchased and sold within the reporting period. Purchases were made on 8 separate occasions but no single transaction was above the reporting threshold amount. The entire holding was sold on a single day via transaction whose amount was above the reporting threshold and noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 292 (Wal Mart) was purchased and sold within the reporting period. Purchases were made on 2 separate occasions but no single transaction was above the reporting threshold amount. The entire holding was sold on a single day via transaction whose amount was above the reporting threshold and noted in the report. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 429 details partial sale of holding and market value of holding at end of reporting period. Based on the reporting requirements, filer believes the holding was reported in accordance with guidelines.

For the second category of requested responses in Part VII:

- holding listed at line 23 (Allstate) was previously listed at line 96 of the 2014 report
- holding listed at line 37 (Amphenol) was previously listed at line 27 of the 2014 report
- holding listed at lines 42-44 (Apple) was previously listed at line 28 of 2014 report
- holding listed at line 82 (Cisco) was purchased and sold in applicable transactions within the reporting period. Based on the requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at lines 90-91 (Conoco Phillips) was previously listed at line 32 of 2014 report
- holding listed at line 99 (Cummins) was previously listed at line 135 fo 2014 report
- holding listed at line 105 (Walt Disney) was previously listed at line 140 of 2014 report
- holding listed at line 114 (Duke) was previously listed at line 143 of 2014 report
- holding listed at line 115 (East West) was previously listed at line 150 of 2014 report
- holding listed at lines 129-131 (Equity One, Equity Residential, Essex Property trust) were previously listed at lines 157-159 of 2014 report
- holding listed at line 139 (Federal Realty Trust) was previously listed at line 163 of 2014 report
- holding listed at line 145 (General Motors) was previously listed at line 174 of 2014 report
- holding listed at line 152 (Greenhill) was previously listed at line 177 of 2014 report
- holding listed at line 156 (Hilton Worldwide) was previously listed at line 182 of 2014 report
- holding listed at line 160 (Intel) was previously listed at line 187 of 2014 report
- holding listed at line 164 (JP Morgan) was previously listed at line 191 of 2014 report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- holding listed at line 169 (Juniper Networks) was bought during reporting period and listed as such
- holding listed at line 170 (Eli Lilly) was previously listed at line 201 of 2014 report
- holding listed at line 176 (Kohl's) was previously listed at line 196 of 2014 report
- holding listed at line 180 (LKQ) was previously listed at line 198 of 2014 report
- holding listed at line 189 (MarkWest) was previously listed at line 67 of 2014 report
- holding listed at line 193 (Merck) was previously listed at line 210 of 2014 report
- holding listed at line 194 (Met Life) was bought during reporting period and listed as such
- holding listed at line 195 (Microsoft) was bought during reporting period and listed as such
- holding listed at line 204 (Netflix) was bought during reporting period and listed as such
- holding listed at line 206 (Nextera) was previously listed at line 214 of 2014 report
- holding listed at line 218 (Perrigo) was previously listed at line 77 of 2014 report
- holding listed at line 219 (Pfizer) was bought during reporting period and listed as such
- holding listed at line 245 (Sempra) was previously listed at line 246 of 2014 report
- holding listed at line 252 (Southwest) was previously listed at line 251 of 2014 report
- holding listed at line 253 (St. Jude) was previously listed at line 243 of 2014 report
- holding listed at line 258 (TJ Maxx) was previously listed at line 83 of 2014 report
- holding listed at lines 259-260 (Tallgrass) was bought during reporting period and listed as such
- holding listed at line 272 (Under Armour) was bought during reporting period and listed as such

For the third category of requested responses, Filer amended lines 368, 371, 375, 379, 384, 387, 398, 405, 408, 411, 412, 415, 421, 426, 429, 434, 447, 449, and 456 and their respective categories where appplicable.

For the fourth category of requested responses, Filer amended accordingly.

Filer also deleted the additional blank lines in the amended report and notes the additional suggestions for future filings.

In response to the February 16, 2017 Letter, Filer has further amended the 2015 Report where necessary. In addition, Filer wishes to note the additional information and explanations as compared with the 2014 Report as set forth below.

- holding listed at line 23 of the 2014 Report is the same holding as identified at line 315 of 2015 Report
- holding at line 37 of the 2014 Report (Dollar Tree) was inadvertently omitted and still held as of 12/31/2015. The holding details are set forth at line 475 of the Amended Report.
- holding listed at line 44 of 2014 Report (EV Energy Partners) was disposed of during the reporting period in two separate transactions on different dates with neither transaction meeting the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 82 of 2014 Report (Regency Energy Partners) was acquired by Energy Transfer in April 2015. That holding was subsequently sold in August 2015 and noted at line 123 of the 2015 Report.
- holding listed at line 90 of 2014 Report (Access Midstream) was acquired by Williams Partners in in February 2015. That holding was subsequently sold in August 2015 and noted at line 300 of the 2015 Report.
- holding listed at line 91 of 2014 Report (Actavis) was acquired during the reporting year. The holding is listed at line 21 of the 2015 Report.
- holding listed at line 99 of the 2014 Report (American Realty Properties) should be listed with a (Y) due to its value being below the reporting threshhold amount. That is listed at line 476 of the Amended Report.
- holding listed at line 105 of the 2014 Report (Artisan Partners) was disposed of during the reporting period in two separate transactions on different dates with neither transaction meeting the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 114 of the 2014 Report (Brookdale Senior Living) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 115 of the 2014 Report (CBL & Associates) held value below the reporting level and was disposed of during the reporting in transaction that does not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 129 of the 2014 Report (Coca Cola) should be listed with a (Y). That is listed at line 477 of the Amended Report.
- holding listed at line 130 of the 2014 Report (Comcast) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 131 of the 2014 Report (Community Health Systems) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 139 of the 2014 Report (Discover) was disposed uf during during the reporting year in transactions that do not meet the reporting the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 144 of the 2014 Report (Duke Energy) is noted at line 478 of Amended Report.
- holding listed at line 145 of the 2014 Report (DuPont Fabros Technology) should be listed with a (Y). That is listed at line 479 of the Amended Report.
- holding listed at line 152 of the 2014 Report (Education Realty Trust Inc) should be listed with a (Y). That is listed at line 480 of the Amended Report.
- holding listed at line 156 of the 2014 Report (Envision Healthcare Holdings, Inc.) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 160 of the 2014 Report (Extra Space Storage Inc) should be listed with a (Y). That is listed at line 481 of the Amended Report.
- holkding listed at line 164 of 2014 Report (First Indust Realty Inc) updated at line 482 of the Amended Report.
- holding listed at line 169 of the 2014 Report (Geo Group) should be listed with a (Y). That is listed at line 483 of the Amended Report.
- holding listed at line 170 of the 2014 Report (Gap) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 03/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- holding listed at line 176 of the 2014 Report (WW Grainger) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 178 of the 2014 Report (HCP Inc.) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 180 of the 2014 Report (Health Care REIT) is contained within holding identified at line 296 of the 2015 Report.
- holding listed at line 189 of the 2014 Report (Intercontinental Exchange Group) should be listed with a (Y). That is listed at line 484 of the Amended Report.
- holding listed at line 193 of the 2014 Report (Johnson Controls) is noted at line 485 of the Amended Report.
- holding listed at line 194 of the 2014 Report (Jones Lang LaSalle) was disposed of during the reporting year in transaction that does not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 195 of the 2014 Report (Kilroy Realty) should be listed with a (Y). That is listed at line 486 of the Amended Report.
- holding listed at line 204 of the 2014 Report (Lorillard) was acquired by Reynolds American during the reporting year and now listed in the holding identified at line 240 of the 2015 Report.
- holding listed at line 206 of the 2014 Report (Marathon) is the holding identified at line 188 of the 2015 Report.
- holding listed at line 218 of the 2014 Report (PVH) was disposed of during the reporting period in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 219 of the 2014 Report (Paramount) was disposed of during the reporting period in transaction that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 245 of the 2014 Report (Saul Ctrs) should be listed with a (Y). That is listed at line 487 of the Amended Report.
- holding listed at line 252 of the 2014 Report (Starwood) was disposed of during the reporting year in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 253 of the 2014 Report (Store Capital) should be listed with a (Y). That is listed at line 488 of the Amended Report.
- holding listed at line 258 of the 2014 Report (Suntrust) was disposed of during the reporting year in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 260 of the 2014 Report (Taubman Centers) was disposed of during the reporting year in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.
- holding listed at line 272 of the 2014 Report (Washington Prime) was disposed of during the reporting year in transactions that do not meet the reporting threshhold amount. Based on the reporting requirements and filing instructions, filer believes the holding was reported in accordance with guidelines.

# FINANCIAL DISCLOSURE REPORT

Page 36 of 36

Name of Person Reporting

Dorsey, Jennifer A.

Date of Report

03/07/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jennifer A. Dorsey**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544